# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conner, Christopher C. | Middle District Pennsylvania | 05/11/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

P.O. Box 847
Harrisburg, PA 17108-0847

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Fidelity Advisor 529 College Savings Plans #1 and #2 |
| 2. | Trustee | Trustee Account #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | The Pennsylvania State University - teaching salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank, NA cash accounts | A | Interest | J | T | | | | | |
| 2. PNM Resources Inc. common stock | A | Dividend | J | T | | | | | |
| 3. Conseco Life Insurance Co. - flexible premium life ins pol | A | Interest | J | T | | | | | |
| 4. RENTAL PROPERTY, Mechanicsburg, PA (2004, $302,250) | E | Rent | N | R | | | | | |
| 5. FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #1 | | | | | | | | | |
| 6. - FA 529 Diversified International Portfolio Class A | | None | J | T | Sold (part) | 11/22/11 | J | | |
| 7. - FA 529 Stock Selector Mid Cap Portfolio Class A | | None | J | T | | | | | |
| 8. - FA 529 Small Cap Portfolio Class A | | None | J | T | | | | | |
| 9. - FA 529 Money Market Portfolio Class A | | None | J | T | Sold (part) | 08/22/11 | J | | |
| 10. | | | | | Sold (part) | 09/29/11 | J | | |
| 11. - FA 529 High Income Portfolio Class A | | None | J | T | | | | | |
| 12. - FA 529 Intermediate Bond Portfolio Class A | | None | J | T | | | | | |
| 13. FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #2 | | | | | | | | | |
| 14. - FA 529 Diversified International Portfolio Class A | | None | J | T | | | | | |
| 15. - FA 529 Stock Selector Mid Cap Portfolio Class A | | None | J | T | | | | | |
| 16. - FA 529 Small Cap Portfolio Class A | | None | K | T | | | | | |
| 17. - FA 529 Dividend Growth Portfolio Class A | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - FA 529 High Income Portfolio Class A | | None | J | T | | | | | |
| 19. - FA 529 Intermediate Bond Portfolio Class A | | None | J | T | | | | | |
| 20. TRUSTEE ACCOUNT #1 | | | | | | | | | |
| 21. - Schwab One money market account | A | Interest | K | T | | | | | |
| 22. - Loomis Sayles Bond Fund Class R | B | Dividend | K | T | | | | | |
| 23. - IShares MSCI PAC EX Japan Pacific EX | A | Dividend | | | Sold (part) | 02/24/11 | J | A | |
| 24. | | | | | Sold (part) | 03/15/11 | J | A | |
| 25. | | | | | Sold | 10/31/11 | J | | |
| 26. - Pimco Income Fund Class D | C | Dividend | K | T | | | | | |
| 27. - Pimco Total Return Fund Class D | B | Dividend | K | T | Sold (part) | 04/13/11 | K | | |
| 28. - Scout International common stock | A | Dividend | | | Sold (part) | 02/24/11 | J | A | |
| 29. | | | | | Sold (part) | 06/03/11 | J | B | |
| 30. | | | | | Sold (part) | 06/23/11 | J | A | |
| 31. | | | | | Sold | 09/02/11 | J | A | |
| 32. - Yacktman Focused Fund | | None | | | Sold (part) | 02/24/11 | J | A | |
| 33. | | | | | Sold (part) | 06/03/11 | J | A | |
| 34. | | | | | Sold (part) | 06/23/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 09/02/11 | J | A | |
| 36. - Jensen Portfolio Class J | A | Dividend | | | Sold (part) | 06/03/11 | J | A | |
| 37. | | | | | Sold | 08/03/11 | J | | |
| 38. - Oakmark International Fund Class I | | None | | | Sold (part) | 06/23/11 | J | A | |
| 39. | | | | | Sold | 09/02/11 | J | | |
| 40. - T Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | Sold (part) | 06/03/11 | J | A | |
| 41. | | | | | Sold (part) | 09/13/11 | J | | |
| 42. - Powershares DB Commodity Index | | None | | | Buy | 02/03/11 | J | | |
| 43. | | | | | Sold | 09/26/11 | J | | |
| 44. - Doubleline Total Return Bond Fund Class N | A | Dividend | J | T | Buy | 04/14/11 | J | | |
| 45. - Vanguard REIT Index Fund Investor Shares | A | Dividend | J | T | Buy | 04/05/11 | K | | |
| 46. | | | | | Sold (part) | 09/13/11 | J | | |
| 47. - BBH Core Select Fund Class N | A | Dividend | K | T | Buy | 04/14/11 | K | | |
| 48. - Pimco Corporate Opportunity Fund | A | Dividend | J | T | Buy | 06/14/11 | J | | |
| 49. | | | | | Sold (part) | 09/26/11 | J | | |
| 50. | | | | | Sold (part) | 10/03/11 | J | | |
| 51. - Pimco Income Strategy Fund | A | Dividend | J | T | Buy | 06/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 09/26/11 | J | | |
| 53. | | | | | Sold (part) | 10/03/11 | J | | |
| 54. - Commerce Bond Shares | A | Dividend | K | T | Buy | 09/08/11 | J | | |
| 55. - Metropolitan West Total Return Bond M | A | Dividend | K | T | Buy | 09/28/11 | K | | |
| 56. - Vanguard GNMA Fund Investor Shares | A | Dividend | K | T | Buy | 11/11/11 | K | | |
| 57. CHARLES SCHWAB IRA #1 | | | | | | | | | |
| 58. - Charles Schwab money market account | A | Interest | J | T | | | | | |
| 59. - Charles Schwab Bank insured deposit account (X) | A | Interest | L | T | | | | | |
| 60. - Templeton Global Bond Fund | D | Dividend | L | T | | | | | |
| 61. - PPL Corporation common stock | B | Dividend | K | T | | | | | |
| 62. - Scout International common stock | A | Dividend | | | Sold (part) | 02/24/11 | J | A | |
| 63. | | | | | Sold (part) | 06/03/11 | J | B | |
| 64. | | | | | Sold (part) | 06/23/11 | J | A | |
| 65. | | | | | Sold | 09/02/11 | J | A | |
| 66. - IShares MSCI Emerging Markets Fund | A | Dividend | | | Sold (part) | 02/24/11 | J | A | |
| 67. | | | | | Sold (part) | 06/03/11 | J | B | |
| 68. | | | | | Sold (part) | 06/23/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 09/13/11 | J | A | |
| 70. - Sector SPDR Financial Select Shares of Beneficial Interest | A | Dividend | J | T | Sold (part) | 06/03/11 | J | A | |
| 71. | | | | | Sold (part) | 08/03/11 | J | | |
| 72. | | | | | Sold (part) | 09/13/11 | J | | |
| 73. - Pimco Total Return Fund Class D | A | Dividend | K | T | Sold (part) | 01/25/11 | L | | |
| 74. - IShares Barclays TIPS Bond Fund | C | Dividend | L | T | | | | | |
| 75. - Yacktman Focused Fund | | None | | | Sold (part) | 06/03/11 | J | B | |
| 76. | | | | | Sold (part) | 06/23/11 | J | B | |
| 77. | | | | | Sold (part) | 09/13/11 | J | A | |
| 78. | | | | | Sold | 10/03/11 | J | A | |
| 79. - Gabelli Small Cap Growth Fund Class AAA | | None | | | Sold | 06/23/11 | J | A | |
| 80. - Janus Research Fund Class T | | None | | | Sold | 06/03/11 | J | A | |
| 81. - TCW Select Equities Fund Class N | | None | | | Sold | 09/02/11 | J | A | |
| 82. - Jensen Portfolio Class J | A | Dividend | | | Sold | 08/03/11 | J | | |
| 83. - Oakmark International Fund Class I | | None | | | Sold (part) | 06/23/11 | J | A | |
| 84. | | | | | Sold | 09/02/11 | J | | |
| 85. - T Rowe Price Blue Chip Growth Fund | A | Dividend | K | T | Sold (part) | 06/03/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Janus High Yield Fund Class T | A | Dividend | | | Buy | 02/10/11 | J | | |
| 87. | | | | | Sold | 09/13/11 | J | | |
| 88. - Fairholme Fund | | None | | | Buy | 02/10/11 | J | | |
| 89. | | | | | Sold | 04/27/11 | J | | |
| 90. - Powershares DB Commodity Index Fund | | None | | | Buy | 02/03/11 | J | | |
| 91. | | | | | Sold | 09/26/11 | J | | |
| 92. - Vanguard Short Term Corporate Bond Index ETF | B | Dividend | L | T | Buy | 02/10/11 | L | | |
| 93. - Vanguard REIT Index Fund Investor Shares | A | Dividend | J | T | Buy | 04/05/11 | J | | |
| 94. - Pimco Real Return Fund Class D | A | Dividend | J | T | Buy | 04/29/11 | J | | |
| 95. - Pimco Corporate Opportunity Fund | A | Dividend | J | T | Buy | 06/14/11 | J | | |
| 96. | | | | | Sold (part) | 09/26/11 | J | | |
| 97. - Pimco Income Fund Class D | B | Dividend | K | T | Buy | 06/14/11 | K | | |
| 98. - Commerce Bond Shares | A | Dividend | K | T | Buy | 09/08/11 | K | | |
| 99. - Metropolitan West Total Return Bond M | A | Dividend | K | T | Buy | 09/28/11 | K | | |
| 100. - Vanguard GNMA Fund Investor Shares | A | Dividend | K | T | Buy | 11/11/11 | K | | |
| 101. CHARLES SCHWAB IRA #2 (Closed in July 2011) | | | | | | | | | |
| 102. - Charles Schwab money market account | A | Interest | | | Distributed | 7/1/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   - Pimco Income Fund Class D | A | Dividend | | | Distributed | 6/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 7 and 15;  Asset was formerly named FA 529 Mid Cap Portfolio - Class A

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Christopher C. Conner

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544